IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS DRUSCH,

    Petitioner,

v.

DEB McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-99-bbc

---

    This action came for consideration before the court with District Judge Barbara Crabb presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that petitioner Thomas Drusch's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_____
Peter Oppeneer, Clerk of Court

9/15/10
Date